# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 16, 2011

No. 11-50050
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DAVID GLEN METCALF,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 10-1248

Before BENAVIDES, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Government's motion for summary affirmance is GRANTED. Appellant concedes his arguments are foreclosed by circuit precedent; to wit: *United States v. Johnson*, 632 F.3d 912 (5th Cir. 2011); *United States v. Heth*, 596 F.3d 255 (5th Cir. 2010); and *United States v. Whaley*, 577 F.3d 254 (5th Cir. 2009). Appellant also indicates that he raises the arguments for possible Supreme Court review. The judgment of the district court is SUMMARILY AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.